## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DAVID JONES**                                                                     **PLAINTIFF**
*ADC #111448*

**v.**                             **No: 4:24-cv-00126 JM/PSH**

**JUDE OGBOZOR**                                                                **DEFENDANT**

### ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Ogbozor's motion for summary judgment (Doc. No. 27) is GRANTED, and Jones' claims against him are DISMISSED WITH PREJUDICE.

DATED this 9th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE