## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DAVID JONES**                                                                 **PLAINTIFF**
*ADC #111448*

**v.**                          **No: 4:24-cv-00126 JM/PSH**

**JUDE OGBOZOR**                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 9th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE